

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00443-CV

**CONSOLIDATED REINFORCEMENT, L.P.**,
Appellant

v.

Ali **CHERAIF**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16237
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Ali Cheraif recover his costs of this appeal and the full amount of the trial court's judgment from appellant Consolidated Reinforcement, L.P. and from Lexon Insurance Company as surety on appellant's supersedeas bond; provided, however, that appellee's recovery from Lexon Insurance Company is limited to the amount of the supersedeas bond.

SIGNED May 29, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice